# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1331
_____

Tomika Hindson

*Plaintiff - Appellant*

v.

Portfolio Recovery Associates, LLC

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: July 28, 2025
Filed: July 31, 2025
[Unpublished]
_____

Before ERICKSON, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Tomika Hindson appeals following the district court's[1] dismissal of her pro se complaint for lack of standing. Upon careful review, we conclude that the district

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

court did not err in dismissing the case.  See In re Polaris Mktg., Sales Pracs., & Prods. Liab. Litig., 9 F.4th 793, 796 (8th Cir. 2021) (de novo review of dismissal for lack of standing).  We modify the dismissal to be without prejudice.  See Cnty. of Mille Lacs v. Benjamin, 361 F.3d 460, 464-65 (8th Cir. 2004) (dismissal on jurisdictional grounds must be without prejudice).  We affirm the judgment as modified.  See 8th Cir. R. 47B.

_____